# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY,               )<br>                                                       )<br>                                                       )<br>                           Plaintiff,    )<br>                                                       )<br>             v.                                      )<br>                                                       )<br>CITY OF FRESNO, et al.,              )<br>                                                       )<br>                                                       )<br>                           Defendants. )<br>_____) | 1:08cv1399 OWW DLB<br><br>ORDER VACATING INITIAL<br>SCHEDULING CONFERENCE |

Plaintiff Demetrius L. Harvey ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on September 19, 2008.

On September 23, 2008, the Court set an Initial Scheduling Conference on January 8, 2009, before the Honorable Oliver W. Wanger. However, as the Court has not yet conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), a scheduling conference is premature.

Accordingly, the January 8, 2009, Initial Scheduling Conference is VACATED.

IT IS SO ORDERED.

  Dated:   **October 1, 2008**                    **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE