# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMETRIUS L. HARVEY, | ) | 1:08cv01399 OWW DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 7) |
| | ) | |
| CITY OF FRESNO, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, appearing pro se, filed the instant action on September 19, 2008.

    On October 6, 2008, the Magistrate Judge issued Findings and Recommendation that (1) Defendant Egan be DISMISSED from the section 1983 cause of action; and (2) the action go forward as to the on all causes of action against the remaining Defendants.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days.  Over thirty (30) days have passed and Plaintiff has not filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated October 6, 2008, is ADOPTED IN FULL; and

2. Defendant Egan is DISMISSED from the section 1983 cause of action. The action SHALL otherwise go forward.[1]

IT IS SO ORDERED.

**Dated:   December 2, 2008**                    **/s/ Oliver W. Wanger**
                                                                           UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff will be instructed on service by separate order.