# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMETRIUS L. HARVEY, | ) | 1:08cv1399 OWW DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM-285 FORMS |
| v. | ) | |
| CITY OF FRESNO, et al., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

    Plaintiff Demetrius L. Harvey ("Plaintiff"), appearing pro se and proceeding in forma pauperis, filed the instant civil rights complaint on September 19, 2008.  On October 16, 2008, the Magistrate Judge issued Findings and Recommendation that Defendant Egan be dismissed from the 42 U.S.C. section 1983 claim.  The Court further recommended that the action go forward on the remaining causes of action and remaining defendants.

    Plaintiff did not file objections and the Court adopted the Findings and Recommendation on December 5, 2008.  Defendant Egan was dismissed from the section 1983 cause of action and the Court ordered that the action otherwise go forward.  The Court indicated that it would instruct Plaintiff on service by separate order.

    Accordingly, as previously explained, Plaintiff's action appears to state a cause of action pursuant to 42 U.S.C. section 1983.  IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

    City of Fresno

    County of Fresno

    Fresno Police Chief Jerry Dyer

    Fresno Police Officer Jesus Cerda

    Fresno Police Officer Brent Willey

    Fresno Police Officer Brendan Rhames

    Fresno Detective Robert Gonzales

    Fresno Detective B. Valles

    District Attorney Elizabeth Egan

2. The Clerk of the Court shall send Plaintiff nine USM-285 forms, nine summonses, an instruction sheet and a copy of the complaint filed September 19, 2008.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Nine completed summons;

    b. One completed USM-285 form for each Defendant; and

    C. Ten copies of the complaint filed on September 19, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **December 23, 2008**            /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE