IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY, | No. CV-F-08-1399 OWW/DLB |
| | |
| | MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' |
| Plaintiff, | MOTIONS TO DISMISS (Docs 17 & 19) AS MOOT AND VACATING |
| vs. | ORAL ARGUMENT SET FOR MONDAY, JUNE 15, 2009 |
| | |
| CITY OF FRESNO, et al., | |
| | |
| Defendants. | |
| | |

Because Plaintiff has filed a First Amended Complaint as of right pursuant to Rule 15(a), Federal Rules of Civil Procedure, Defendants' motions to dismiss, which are not dispositive pleadings under Rule 15(a), are DENIED AS MOOT.  Oral argument on the motions to dismiss set for Monday, June 15, 2009 is VACATED.

IT IS SO ORDERED.

Dated:   June 11, 2009                     /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1