# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMETRIUS L. HARVEY,** | 1:08-CV-01399-OWW-DLB |
| Plaintiff, | ORDER RE: PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT (Doc. 46) |
| v. | |
| **CITY OF FRESNO,** *et al.,* | |
| Defendants. | |

On September 19, 2008, Plaintiff Demetrius Harvey, appearing pro se, filed this § 1983 action against the County of Fresno, City of Fresno, the Fresno Police Department, Chief Jerry Dyer, Officers Robert Gonzales, Jesus Cerda, Brent Willey, and Detectives Brian Valles and Brendan Rhames. (Doc. 1, "Original Complaint".) On June 3, 2009, Plaintiff filed a First Amended Complaint. (Doc. 31, "FAC".) The FAC advanced nine claims for relief stemming from his January 7, 2007 arrest on burglary and drug-related charges. (Id.) County and City Defendants separately moved to dismiss Plaintiff's FAC on June 17, 2009. (Docs. 33 & 34.)

Oral argument on the motions to dismiss was held on September 14, 2009. The Court issued a written decision on September 28,

**1**

2009, dismissing Plaintiff's FAC without prejudice. (See "Memorandum Decision and Order," Doc. 41.) Plaintiff was given twenty days from the issuance of the order to amend his complaint. (Id.)

On November 2, 2009, Plaintiff filed a "Request for Extension of Time," seeking thirty additional days to file an amended complaint. (Doc. 46.) Plaintiff requests additional time to amend his complaint because there is "a lot of legal research in this case," no hardship will arise, and the "request is made in the interests of justice and not for the purpose of delay." (Id.) As of November 9, 2009, neither the City nor County Defendants opposed Plaintiff's request for an extension of time to file an amended complaint.

Plaintiff's request for an extension to file an amended complaint is GRANTED. However, Plaintiff is cautioned that <u>no further extensions will be granted</u>. This is also his final opportunity to amend his complaint. If Plaintiff wishes to amend the complaint, he must do so no later than December 9, 2009.

IT IS SO ORDERED.

**Dated:   November 9, 2009**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

**2**