Rosemary T. McGuire, Esq.   Bar No.  172549
Leslie M. Dillahunty, Esq.      Bar No.  195262
WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:   (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, CHIEF JERRY DYER, ROBERT GONZALES, BRIAN VALLES, BRENT WILLEY, BRENDON RHAMES and JESUS CERDA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS L. HARVEY,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF FRESNO, a municipal corporation; FRESNO POLICE DEPARTMENT; Jerry Dyer, Chief, Fresno Police Department; COUNTY OF FRESNO, municipal corporation; Elizabeth Egan, District AttorneyCounty of Fresno; Officer Jesus Cerda; Officer Brent Willey; Officer Brendan Rhames; Detective Robert Gonzales; Detective B. Valles in their official and individual capacities, DOES 1 through 25, inclusive.<br>            Defendants.<br>_____ | CASE NO. 1:08-CV-01399-OWW-DLB<br><br>**ORDER REGARDING DEFENDANTS' MOTION TO DISMISS**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: 09/19/08 |

The motion to dismiss filed by defendants, CITY OF FRESNO, OFFICER ROBERT GONZALES, OFFICER JESUS CERDA, OFFICER BRENT WILLEY and DETECTIVE BRIAN VALLES, came on for hearing March 8, 2010.  Defendants were represented by Rosemary T. McGuire.  Plaintiff, Demetrius Harvey, who is proceeding in pro per, appeared on his own behalf.

After reviewing the papers submitted by the parties and hearing oral argument on the issues presented, the court determined that plaintiff was given several opportunities to amend his complaint but failed to provide sufficient factual allegations.  The court orders that defendants' motion is granted in its entirety, and plaintiff's claims against the CITY OF FRESNO, OFFICER

---
Order Granting
Defendants Motion to Dismiss

1 | ROBERT GONZALES, OFFICER JESUS CERDA, OFFICER BRENT WILLEY and
2 | DETECTIVE BRIAN VALLES are dismissed, with prejudice.

IT IS SO ORDERED.

**Dated:   March 17, 2010**          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

Order Granting
Defendants Motion to Dismiss          2